**THOMAS E. HAYES**
99-994 Iwaena Street, Suite C
Aiea, Hawaii 96701
Phone (808) 536-6967
Fax (808) 531-2685

February 10, 2006

U.S. Attorney's Office
Attention: Shari Hsieh
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850

      RE:    USA vs. Rande Scott Worchester
               Cr. No. 00-00126-006

Gentlemen:

This letter is to notify you that the undersigned Trustee will accept a lump sum payment of $9,000 to satisfy Mr. Worchester's entire outstanding restitution debt in the above referenced case.

                            Very truly yours,

                            Thomas E. Hayes
                            Trustee

EXHIBIT A