EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

LARRY BUTRICK  3910
Assistant U.S. Attorney
Attn: Financial Litigation Unit
Rm. 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  (808) 541-2850
Fax:        (808) 541-2958
Email:  Larry.Butrick@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 00-00126-006 |
| Plaintiff, | ) ) ) | ORDER GRANTING PETITION FOR REMISSION OF RESTITUTION |
| vs. | ) ) | BALANCE |
| RANDE SCOTT WORCESTER, | ) ) ) | |
| Defendant. | ) ) | |

ORDER GRANTING PETITION FOR
REMISSION OF RESTITUTION BALANCE

Upon Petition of the United States Attorney by Assistant U.S. Attorney Larry Butrick, and, the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED, in accordance with the provisions of 18 U.S.C. §3573 and 18 U.S.C. §3664(m)(1)(A)(i), that Defendant RANDE SCOTT WORCESTER (hereinafter referred to as "Defendant Worcester") make a lump

sum payment of $9,000.00 toward his restitution balance in this case within fifteen days of the Court's approval of this Order,

IT IS FURTHER ORDERED that the payment of $9,000.00 be made by certified check, payable to the Clerk, U.S. District Court and paid to the Clerk, U.S. District Court,

IT IS FURTHER ORDERED that upon receipt of the certified check of $9,000.00, the United States of America will file a Satisfaction of Judgment and Release of Notice of Lien with the U.S. District Court and provide four certified copies to Defendant Worcester for recordation with the Bureau of Conveyances, State of Hawaii, and the Los Angeles County Recorder, State of California.

IT IS FURTHER ORDERED that upon the receipt of the certified check in the amount of $9,000.00, that the unpaid balance of restitution originally imposed against Defendant Worcester, in the amount of $2,616,975.00, shall be REMITTED, and Defendant Worcester will be deemed to have fully satisfied his obligation to make restitution in this case.

DATED: 3/7/06, at Honolulu, Hawaii.

_____
MANUEL L. REAL
United States District Judge

USA vs. RANDE SCOTT WORCESTER
Cr. No. 00-00126-006
ORDER GRANTING PETITION FOR REMISSION OF RESTITUTION BALANCE