EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Attn: Financial Litigation Unit
Rm. 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  (808) 541-2850
Fax:        (808) 541-2958
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 00-00126-006 |
|---|---|---|
| Plaintiff, | ) | SATISFACTION OF JUDGMENT AND RELEASE OF NOTICE OF LIENS |
| vs. | ) | |
| Rande Scott Worcester, | ) | |
| Defendant. | ) | |

SATISFACTION OF JUDGMENT
AND RELEASE OF NOTICE OF LIENS

The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on July 10, 2002, a Judgment in a Criminal Case was entered against Rande Scott Worcester (SSN: XXX-XX-0576) in the U.S. District Court, District of Hawaii, ordering payment of a special assessment of $200.00, a fine of -0-, and restitution of $2,619,340.00.

     A Notice of Lien for Fine and/or Restitution Imposed Pursuant to the Anti-Terrorism and Effective Death Penalty Act of 1996 was recorded on August 5, 2002 at the Bureau of Conveyances, State of Hawaii, Document No. 2002-136253, and on September 23, 2003 at the Los Angeles County Recorder, State of California, Document No. 03-2812845.

     The special assessment, fine, and/or restitution amounts have been fully satisfied.

     DATED: <u>April 3, 2006</u>, at Honolulu, Hawaii.

                          EDWARD H. KUBO, JR.
                          United States Attorney
                          District of Hawaii

                            /s/ Edric M. Ching

                        By:_____
                          EDRIC M. CHING
                          Assistant U.S. Attorney
                          Attorneys for Plaintiff

213.wp